SETH C. GAGLIARDI
x 2216
9/25/17

**FILED**

2017 SEP 25 AM 9:37

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **'17MJ9031** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 18, U.S.C., § 1546(a) |
| Maria Rocio GOMEZ-Ramirez, | Misuse of Entry Document |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about September 22, 2017, within the Southern District of California, defendant, Maria Rocio GOMEZ-Ramirez, when applying for entry into the United States, did knowingly use, attempt to use, and possess a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, namely, a United States Border Crossing Card, knowing it to have been forged, counterfeited, altered, falsely made or otherwise unlawfully obtained, in order to gain admission to the United States; in violation of Title 18, United States Code, Section 1546(a).

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
Enforcement Supervisor Gustavo Barreto
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 25th day of SEPTEMBER, 2017.

_____
HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA
v.
Maria Rocio Gomez-Ramirez

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Antonio Garcia Jr., declare under penalty of perjury the following to be true and correct:

On September 22, 2017 at approximately 1:10 p.m., defendant, Maria Rocio Gomez-Ramirez (GOMEZ), applied for admission into the United States from Mexico at the Calexico West Port of Entry via pedestrian primary. United States Customs and Border Protection (CBP) Officer K. Hewett was assigned to pedestrian primary. GOMEZ presented a Border Crossing Card issued to A. M. P. V., as her own entry document. CBP Officer K. Hewett proceeded to query the Border Crossing Card in primary. CBP Officer K. Hewett received a lost or stolen alert and referred GOMEZ to the pedestrian secondary office for further inspection.

During the secondary inspection, it was confirmed GOMEZ had presented a Border Crossing Card not legally issued to her. GOMEZ's fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS) with results revealing GOMEZ was last removed by Calexico Customs and Border Protection on September 19, 2017. Records contain no evidence GOMEZ is in possession of any legal documents allowing her entry into the United States.

EXECUTED ON THIS **22nd** DAY OF SEPTEMBER 2017, AT 6:15 p.m.

_____
Antonio Garcia Jr. / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(2)** page(s), I find probable cause to believe that the defendant named therein committed the offense on **September 22, 2017,** in violation of Title 18, United States Code, Section 1546.

_____     9:15 PM, Sep 22, 2017
HON. PETER C. LEWIS                              DATE / TIME
U.S. MAGISTRATE JUDGE

4